LILLIAN FAZIO, Appellant, v. STANLEY-MARK-STRAND COPRORA-TION, Respondent.

FRANK FAZIO, Appellant, v. STANLEY-MARK-STRAND CORPORATION, Respondent.

Argued January 5, 1943; decided February 25, 1943.

*Bernard Ellenbogen, Samuel E. Aronowitz* and *Andrew J. Malatesta* for appellants.

*John J. Scully* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.